**Jeremiah GREGORY, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. ED 100384.**

Missouri Court of Appeals,
Eastern District,
Division Five.

April 1, 2014.

Jeremiah D. Gregory, Mineral Point, MO, pro se.

Chris Koster, Dora Fichter, Jefferson City, MO, for respondent.

Before: ROBERT M. CLAYTON III, C.J., GARY M. GAERTNER, JR., J., and GARY DIAL, S.J.

## *ORDER*

PER CURIAM.

Jeremiah Gregory appeals from the motion court's judgment denying his motion to reopen his Rule 24.035[1] motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b).

---

1. All rule references are to Mo. R.Crim. P.2013, unless otherwise indicated.